Order issued October 3, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00171-CV

**PAUL ORVILLE DUNAGAN, Appellant**

**V.**

**BRYAN COLEMAN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-05904-E/G**

# ORDER

The Court has before it the September 27, 2012 request of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, for an extension of time in which to file the reporter's record. The Court **GRANTS** the request and **ORDERS** that the reporter's record be filed within thirty days of the date of this order.

ELIZABETH LANG-MIERS
JUSTICE